## Christian C. H. Becker, Appellee, v. Benjamin F. J. Odell, Appellant.

### Gen. No. 22,832.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. CHARLES M. FOELL, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Bill by Christian C. H. Becker, complainant, against Benjamin F. J. Odell, defendant, for foreclosure. From a decree for complainant, defendant appeals.

BENJAMIN F. J. ODELL, for appellant; MELVILLE R. ADAMS, of counsel.

RATHJE & WESEMANN, for appellee; GUY VAN SCHAICK, of counsel.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

MORTGAGES, § 503*—*when evidence is insufficient to show agreement to extend loan by authorized person.* On a bill to foreclose a mortgage, evidence *held* to fail to show any agreement to extend the loan on which suit was brought by any one acting with authority from the owner.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.